# Unclaimed Funds

Entered 5/9/2013 to 5/9/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---:|---|
| 07-12667 -jnf<br>16206138 | Chadwick's<br>PO Box 4400<br>Taunton, MA 02780<br>02780 | 5.13 | 05/09/2013 |
| 07-15313 -fjb<br>18937403 | JAMES BONOMO<br>305 TEMPLE ST.<br>WHITMAN, MA 02382<br>02382 | 3.00 | 05/09/2013 |
| 07-15501 -jnf<br>16309379 | Middlesex Savings Bank<br>P.O. Box 358<br>Natick, MA 01760 | 26.74 | 05/09/2013 |
| 07-15519 -wch<br>16309636 | Outsource Receivables<br>3017 Taylor Avenue<br>Ogden, UT 84403<br>84403 | 2.26 | 05/09/2013 |
| 07-15582 -fjb<br>18937405 | DENISE CAMPBELL<br>2 BROOKDALE ST<br>ROSLINDALE, MA 02131<br>02131 | 149.10 | 05/09/2013 |
| 07-17065 -wch<br>18937407 | WELLS FARGO MORTGAGE<br>ONE HOME CAMPUS DR<br>MAC X2501-O1D<br>DES MOINES, IA 50328-0001<br>50328-0001 | 1,410.00 | 05/09/2013 |
| 07-17889 -fjb<br>16397142 | Fitness Forum Services<br>322 East Center Street, Suite 4<br>West Bridgewater, MA 02379<br>02379 | 9.64 | 05/09/2013 |
| 08-11053 -fjb<br>16451037 | CITIFINANCIAL / ALPERTS<br>PO BOX 8<br>FALL RIVER, MA 02722<br>02722 | 3,500.00 | 05/09/2013 |

| Case | Creditor | Amount | Date |
|---|---|---:|---|
| 08-11218 -jnf<br>16456903 | American General Finance<br>855 Central Ave<br>Dover, NH 03820<br>03820 | 134.69 | 05/09/2013 |
| 08-11326 -wch<br>16489782 | ACS<br>PO Box 22724<br>Long Beach, CA 90801-5724<br>90801-5724 | 564.20 | 05/09/2013 |
| 08-16413 -fjb<br>16657990 | Harvest Credit<br>C/O Kream & Kream<br>PO Box 890117<br>East Weymouth, MA 02189<br>02189 | 82.41 | 05/09/2013 |
| 08-17481 -jnf<br>16932244 | FBCS, Inc.<br>2200 Byberry Road<br>Suite 120<br>Hatboro, PA 19040<br>19040 | 212.93 | 05/09/2013 |
| 09-10045 -jnf<br>16852017 | Wilshire Credit Corporation<br>Attn : Bankruptcy Department<br>PO Box 1650<br>Portland OR 97207<br>97207 | 7,207.33 | 05/09/2013 |
| 09-13108 -jnf<br>18937409 | MILDRED GUIDER<br>2 RICE ST<br>SAUGUS, MA 01906<br>01906 | 50.00 | 05/09/2013 |
| 09-15380 -wch<br>17191260 | National Collegiate Trust<br>800 Boylston St<br>Boston, MA 02199<br>02199 | 11.15 | 05/09/2013 |
| 09-15380 -wch<br>17010817 | American Education Services<br>Harrisburg, PA 17130 | 747.96 | 05/09/2013 |
| 11-12638 -jnf<br>18937410 | LINDSAY ALLAN<br>12 HICKORY RD<br>WAKEFIELD, MA 01880<br>01880 | 2,961.00 | 05/09/2013 |

| | | | |
|---|---|---|---|
| [12-12520 -fjb](#)<br>18937411 | DONALD ALGENI<br>32 LOWELL ST<br>REVERE, MA 02151<br>02151 | 567.00 | 05/09/2013 |
| [12-15135 -wch](#)<br>18937412 | HAROLD RICHARDS JR.<br>55 WAREHAM ST.<br>PLYMOUTH, MA 02346<br>02346 | 275.00 | 05/09/2013 |
| [12-15186 -wch](#)<br>18625479 | Kevin F. Bransfield<br>151 Perkins Row<br>Topsfield, MA 01983<br>01983 | 6,316.39 | 05/09/2013 |
| [12-16229 -jnf](#)<br>18937422 | JOYCE GONCALVES<br>170 LAWTON ST<br>FALL RIVER, MA 02724<br>02724 | 183.33 | 05/09/2013 |

**Grand Total: 24,419.26**